No. 94-7839. JAMES *v.* MCBRIDE, SUPERINTENDENT, WEST-VILLE CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 94-7844. STRAUSS *v.* HOLMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-7846. CACOPERDO *v.* DEMOSTHENES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-7854. WALKER *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94-7856. HARDIMAN *v.* FORD ET AL. C. A. 7th Cir. Certiorari denied.

No. 94-7858. LIGHTFOOT *v.* NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94-7861. PATTERSON *v.* NOLAND ET AL. C. A. 10th Cir. Certiorari denied.

No. 94-7862. ROWE *v.* TEXAS REHABILITATION COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 94-7864. COCHRAN *v.* JOHNSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 94-7877. SHARROCK *v.* ROMER, GOVERNOR OF COLORADO, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 94-7878. ORTIZ *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94-7880. IN RE VOHRA. Sup. Ct. Cal. Certiorari denied.

No. 94-7881. LANCASTER *v.* PRESLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 94-7883. HILL *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 94-7888. SAMEL *v.* ABRAMAJTYS, WARDEN. C. A. 6th Cir. Certiorari denied.